No. 4901.—Santiago et als., apltes., *v.* Junta Insular de Elecciones, demandada, y Rodríguez Dros et als., interven-

tores.—C. D. San Juan. Nov. 7, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vistos los autos y los alegatos de las partes, y por los motivos expresados en la opinión emitida en el caso de *Fernando Velázquez et als. v. Junta Insular de Elecciones* y *Antonio González et als., certiorari,* No. 4875, resuelto en el día de hoy, así como los expresados en la opinión que sirvió de base a la sentencia de la corte inferior dictada con fecha 12 de enero de 1929, se resuelve confirmar, como por la presente se confirma, la dicha sentencia apelada en este caso.

El Juez Asociado Señor Texidor no intervino.